**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WILLIAM LEE BIRD, | ) | NO. CV 14-9475-VAP(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| SHERIFF McDONALD, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  January 22, 2015.

 /s/ Virginia A. Phillips
 _____
 VIRGINIA A. PHILLIPS
 UNITED STATES DISTRICT JUDGE